1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  PEN CHAN and J.C., a minor by and          )    Case No. 1:12-CV-01909-AWI-GSA
   through his Guardian Ad Litem,             )
8  YOLANDA TORRES,                            )     ORDER FOR DISMISSAL OF DEFENDANT
                                              )    UNITED STATES OF AMERICA AND
9                          Plaintiffs,        )    REMAND TO STATE COURT
                                              )
10          v.                                )
                                              )
11  DOCTORS HOSPITAL MODESTO,                 )
    et al.,                                   )
12                                            )
                           Defendants.        )
13  _____ )

14          Based on the stipulation of the parties filed herein on February 8, 2013, IT IS HEREBY

15  ORDERED that the complaint is dismissed against defendant United States of America,[1] with

16  prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

17          Upon dismissal of the United States, the Court has no further jurisdiction over this action.

18  Accordingly, IT IS FURTHER ORDERED that the remainder of this action, to wit, Plaintiffs claims

19  against Defendants Doctors Medical Center of Modesto, Inc. (erroneously sued herein as Doctors

20  Hospital Modesto), Fred Adams, M.D., and non-federal Does 1 through 20, inclusive, is hereby

21  remanded back to Stanislaus County Superior Court pursuant to 28 U.S.C. § 1447(c).

22

23
    IT IS SO ORDERED.
24

25  Dated:   February 8, 2013          _____

26                                         SENIOR  DISTRICT  JUDGE

27  _____

28      [1] On May 18, 2012, the United States of America was substituted in lieu of party defendant
    Sylvia Diego, M.D., pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2679(d), whereby all
    claims against Dr. Diego were dismissed with prejudice. *See* Doc. #2.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28